UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN L. POLLEY,<br><br>    Petitioner,<br><br>    v.<br><br>R. DAVIS,<br><br>    Respondent. | Case No. 15-cv-05871-JD<br><br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In the initial review order, the Court dismissed the petition with leave to amend. Although the time to amend has expired, petitioner has not amended or otherwise communicated with the Court. This case is **DISMISSED** without prejudice. A Certificate of Appealability is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: March 17, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN L. POLLEY,

    Plaintiff,

v.

R. DAVIS,

    Defendant.

Case No.  15-cv-05871-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen L. Polley ID: C-57727
San Quentin
PO Box 1-W-20-L
San Quentin, CA 94974

Dated: March 17, 2016

Susan Y. Soong
Clerk, United States District Court

By _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO